UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 6, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>            Plaintiff,                          )<br>v.                                                    )<br>                                                          )<br>JUSSTANENE KING ,                    )<br>                                                          )<br>            Defendant.                      ) | Case No. 2:12-MJ-00151-DAD-2<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JUSSTANENE KING</u>, Case No. <u>2:12-MJ-00151-DAD-2</u>, Charge <u>Title 21 USC §§ 841(a)(1), 846</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    ✔  Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>                         .

        ✔  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

        ✔  (Other)       <u>With pretrial services supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>June 6, 2012</u> at <u>3:10 pm</u>.

By  _____
Dale A. Drozd
United States Magistrate Judge