MICHAEL B. BIGELOW
Attorney at Law
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Justanene King

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr.S-12-221 MCE DAD |
| Plaintiff, | AMENDED STIPULATION AND ORDER MODIFYING CONDITION OF PRE-TRIAL RELEASE |
| vs. | |
| JUSTANINE KING, | |
| Defendant | |

Pursuant to the request of Pre-Trial Services, it is stipulated between the parties that pre-trial release conditions be modified consistent with the below Amended Conditions of Release. This request by pre-trial services is in response to Ms. King's positive cocaine test on January 22, 2013.

FILED
APR - 5 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

1

**IT IS SO STIPULATED**

DATED: April 5, 2013          /S/MICHAEL B. BIGELOW
                              Michael B. Bigelow
                              Attorney for Defendant


DATED: April 5, 2013          /S/ Dan McConkie, Esq.
                              Dan McConkie,
                              Assistant United States Attorney


**IT IS SO ORDERED**

_____          April 5, 2013
Hon. Dale A. Drozd
Judge, U.S. Magistrate Court

2

# AMENDED CONDITIONS OF RELEASE

RE: King, Jusstanene
Case No. 2:12-MJ-0151-DAD
Date: April 2, 2013

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

8. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the **testing** services based upon your ability to pay, as determined by the pretrial services officer;

9. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

10. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the **counseling** services based upon your ability to pay, as determined by the pretrial services officer;

11. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

12. **You shall participate in a cognitive behavior treatment program as directed by the pretrial services officer upon completion of residential treatment. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.**