1  **MICHAEL B. BIGELOW**
   Attorney at Law  - SBN 65211
2  331 J Street, Suite 200
   Sacramento, California 95814
3  Telephone: (916) 443-0217
   Email:LawOffice.mbigelow@gmail.com
4
   Attorney for Defendant
5  Justanine King

6                  **UNITED STATES DISTRICT COURT**

7                  **EASTERN DISTRICT OF CALIFORNIA**

8
   UNITED STATES OF AMERICA        )
9                                  )   Case No. 2:12-cr-00221-MCE-2
                  Plaintiff        )
10                                 )
                                   )   STIPULATION AND ORDER
        vs.                        )   CONTINUING SENTENCING AND
11                                 )   BRIEFING SCHECULE
                                   )
12 JUSSTANENE KING                 )
                                   )
13                Defendant        )
                                   )
14 ─────────────────────────────────

15      It is hereby stipulated between the parties that Sentencing

16 in this matter shall be continued to December 11, 2014, at 9:00

17 AM. The Draft PSR shall be disclosed on or before October 30,

18 2014. Written objections shall be due on November 13, 2014. The

19 PSR shall be due by November 20, 2014.  Motion for corrections

20 shall be due November 26, 2014. Reply shall be due by December

21 4, 2014.

22 ///

23 ///

24 ///

25 ///

                              -1-

This extension of time is necessitated by the parties in order for defendant to do necessary investigation and to accommodate various scheduling conflicts.

Dated: August 23, 2014          Respectfully submitted,

/s/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant

**IT IS SO STIPULATED**

DATED: August 30, 2014          /s/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant King

DATED: August 30, 2014          /s/PAUL HEMESATH
Paul Hemesath
Assistant United States Attorney

**ORDERED**

Pursuant to the parties' stipulation (ECF No. 83), the sentencing in this matter is CONTINUED to December 11, 2014. The agreed to briefing schedule above is ADOPTED.

IT IS SO ORDERED.

Dated:  September 3, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT