**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com

Attorney for Defendant
Justanine King

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ) <br> JUSTANINE KING ) <br> ) <br> Defendant ) <br> ) | No. Cr.S-12-221 MCE <br><br> STIPULATION AND ORDER CONTINUING SENTENCING AND BRIEFING SCHECULE |

It is hereby stipulated between the parties that Sentencing in this matter shall be continued to January 29, 2015, at 9:00 AM. The Draft PSR shall be disclosed on or before December 18, 2014. Written objections shall be due on January 2, 2015. The PSR shall be due by January 8, 2015.  Motion for corrections shall be due January 15, 2015. Reply shall be due by January 22, 2015.

-1-

This extension of time is necessitated by the parties in order to accommodate scheduling conflicts encountered by the parties and the Probation Officer.

Dated: December 5, 2014          Respectfully submitted,

/s/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant

**IT IS SO STIPULATED**

DATED: December 5, 2014          /s/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant King


DATED: December 5, 2014          /s/PAUL HEMESATH
Paul Hemesath
Assistant United States Attorney


**ORDERED**

Pursuant to stipulation the above sentencing in the above referenced matter shall be continued until January 29, 2015. It is further ordered that the agreed to briefing schedule shall be adopted.

IT IS SO ORDERED.

Dated:  December 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT